In The United States District Court
For The Northern District of Texas
Wichita Falls Division

Richard L. Butler, Jr.,
TDCJ No. 2123250,

    Plaintiff,

V.

James V. Allred Unit
2101 FM 369 N.
Iowa park, Tx 76367

RECEIVED
JAN - 3 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Civil Action No.
7:18-cv-161-O

Additional documents

Dear United States District Court For The Northern District of Texas Wichita Falls Division office of the Clerk, I Richard L. Butler Jr. just recieved on this past Friday 12-21-18 my offender Grievance form that was requested in a past letter from your Honorable courts. I have no control over when the grievance department returns them back to me as a inmate. I have other grievances from many past weeks that I have complained upon. Some which I have recieved and have sent to the Huntsville, TX grievance dated back in October of this year. I do feel as if the grievance department ignores them and maybe just does not respond.

As my complaints of a permanent single cell Restriction is a Serious matter as I am a Transgendered male who suffers from Tramatizations being a Mental Health patient (inmate) suffering from bipolar, major depression, severe explosive disorder and paranoia schizophrenia. I attended the Dallas Metro Cares Mental Health Clinic phone number 214) 330-0036 and The Andrew Center Mental Health treatment Facility phone Number 903) 569.5409 for these diagnosis and have sent You my mental Health Record weeks ago.

  Please help me with a court ordered permanent single cell Restriction as this matter is seriously an issue from being tramatized from my Self-Defense murder case and a sexual Assault while in prison.

    Thank you and God Bless! Richard L Butler
                                           12-26-18

**Texas Department of Criminal Justice**

**STEP 1 OFFENDER GRIEVANCE FORM**

ACCEPT AS ORIGINAL

Butler, Richard

DEC 20 2018

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019032579 |
| Date Received: | NOV 07 2018 |
| Date Due: | 12/22/18 |
| Grievance Code: | 665 |
| Investigator ID #: | I-1456 |
| Extension Date: | |
| Date Retd to Offender: | DEC 20 2018 |

Offender Name: Richard L. Butler Jr.   TDCJ # 2123250
Unit: James V. Allred   Housing Assignment: 12E-67
Unit where incident occurred: James V. Allred   12E-67

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Name unknown / mental Health   When? 10-16-18
What was their response? The mental Health counsle
What action was taken? None at all. I am constantly ignored purposely.   NOV 07 2018

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Mental Health's Department here at the Allred unit constantly Ignores me as everyday of the week I put in a Sick Call request to mental Health even medical to explain I am not on any type of mental Health medication. As I am experiencing Major depression, Explosive Severe behavior along with bipolar moodswings and paranoia. I dont Know what else to do or where else to turn. Before coming to prison I attended the Dallas metro Cares mental Health outpatient Clinic phone Number 214-330-0036 and the Mineola, Tx Andrew Center's Mental Health outpatient Clinic phone Number 903-569-5409 for the above diagnoses. you have my Full permission to contact the mental Health Clinics for my Records Richard L Butler Jr 11-6-18 I have a high temperament of violence with cellies and Lash out awaking from Nightmares because of being tramatized dealing with a Self-Defense murder I committed that Landed me here in prison wrongfully. out of these Nightmares I become very violent, uncontrollable and Life threatening towards all cellies and I dont remember the assault. I have 5 violent assaults I Just committed with cellies and I tried to Kill them and I dont even remember them. When I was on Sertraline I felt Fine and calmer, I recieved Government assistance in the Free World and I am used to being able to have a Mental Health provider (Doctor) to talk to. I am complaining of mental mal-practice here at the Allred unit and I wish to talk to outside Authorities about this Life threatening very serious issue that is taken place please. NOV 07 2018

Thank you and God Bless you!

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

**Action Requested to resolve your Complaint.** I wish to take part in a personal site doctor or Huntsville Authorities during a sit down. And get back on my sertraline site meds.

**Offender Signature:** Richard L Butler Jr    NOV 07 2018    **Date:** 11-6-18

**Grievance Response:**

You have been seen in accordance with Correctional Managed Health Care Policy A-01.1 by the mental health department. You have been added to the caseload and medication has been ordered. You verbalized no symptoms of depression, mania, psychosis, or acute anxiety. You may continue the sick call process as needed.

**Signature Authority:** Kenyon Page, Medical Administrator    **Date:** DEC 20 2018

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

Richard L. Butler Jr. No. 2123250
TDCJ Allred Unit
2101 FM 369 N.
Iowa Park, TX 76367-6568

RECEIVED
JAN - 3 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District of Texas
1000 Lamar ST., Room 203
Wichita Falls, TX 76301-3431

76301-343153

