IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION



RICHARD LOUIS. BUTLER, JR., §
TDCJ No. 2123250, §
§
    Plaintiff, §
§
v. §    Civil Action No. 7:18-cv-161-O
§
UNKNOWN DEFENDANT, §
§
    Defendant. §

## PLAINTIFF'S ANSWERS TO THE COURT'S QUESTIONNAIRE

**QUESTION NO. 1:** State all <u>facts</u> known to you that you rely on to establish that **E. Holmes** violated your federal constitutional or statutory rights. Be specific in identifying all conduct on the part of this Defendant that you claim demonstrates such a violation.

**ANSWER:**

1. Warden E. Holmes refuses constantly to help me and or by assisting me as a Tramatized Transgendered-bisexual Mental Health patient (Inmate) who has uncontrollable, unremembered, very violent black-out assaults against cell-mates (ceilies) to be placed on a permanent single cell Restriction while in the Texas Department of Criminal Justice Institutions because of my constant complaint of a Sexual Assault while in prison that causes me to be tramatized as well the Self-Defense murder charge of a well known child molester that was very violent living in my Dallas Housing Authorities Apartments that caused me to come to prison.

2. As a Warden E. Holmes does not assist me with the serious medical issues with a provider Marcia ODAL refusing to renew the dry skin Lotion I have been recieving for the past 2 years as I have very bad, itchy and irritated dry skin. And a Doctor Ifeanyi Chukwuku prescribed it for me at the Coffield's unit because of my bad skin. A Nurse Josie Smith G.R.N. Helps provider Marcia ODAL deny so many inmates their Lotions and other medical treatment as they hate Transgendered and bisexual and gay inmates.

3. E. Holmes does not enforce the Kitchen workers or Kitchen officers to feed us AD.SEG Transgendered, Bisexual and gay inmates the correct portions of food that we are suppose to have. All inmates in the 12 Building Section E will testify to that.

Question No. 1: Answers and replies    Civil Action No. 2-17-19
7:18-cv-161-O
Case 7:18-cv-00161-O   Document 20   Filed 02/27/19   Page 2 of 11   PageID 66

4. E. Holmes ignores or refuses to allow me a special phone call upon I-60 Request to use the telephone to call my mother who is not healthy or well at this time because my Father just past away to go be with (Jesus Christ) and she just had 2 Hip replacement surgeries.

5. E. Holmes ignores my request to have the medical department to stop taken my money from my Inmate Trust Fund account as I am a Chronic care patient who had only Follow-up visits and I finally contacted somebody to have my money refunded.

6. During a U.C.C. Review mr. E. Holmes told me he did not believe my complaint of a Sexual Assault in prison and that I don't see him wearing dresses. He said that to me at my U.C.C Review that he attended and I saw him turn his audio tape recorder off but N. Davis and Captain Reitsma heard him say that. I will hold a King James Version Bible to the Honorable United States District courts office of the Clerk Northern District of Texas court before the Honorable United States District Judge Reed O'Connor and raise my right hand to the matter at any day or time.

7. E. Holmes ignores me about my complaints of the mailRoom refusing to allow me to have spiritual Christian prayer cloths as it is not illegal to have as an Inmate. And a Christian church member mailed it to me.

8. E. Holmes refuses to enforce or urge the maintenance department to turn the air conditioner and vents off. As it is so cold in the 12 Building E section cells that you can see your own breath.

9. I am always denied communication with Warden E. Holmes and never allowed to be able to talk to him about my permanent single cell Restriction while in Texas Department of Criminal Justice Institutions for my mental Health tramatizations, Fear, Sexual Assault experience, Sexual Transgendered bisexual preferences as well as self-Defense murder charge.

10. Warden E. Holmes ignores or refuses assistance with enforcing and or urging Chaplain Lawlor and Chaplain Redwine to come and pray with me or allow me to go to church as I am a Christian man who believes in Christ Jesus whole Heartedly. And I'm trying to live a life where I am practicing to be free of sin and immoralities. And by not being able to go to church or speak with a chaplain here in AG-SEG discourages me very much so.

**QUESTION NO. 2:** State all <u>facts</u> known to you that you rely on to establish that **N. Davis** violated your federal constitutional or statutory rights. Be specific in identifying all conduct on the part of this Defendant that you claim demonstrates such a violation.

**ANSWER:** N. Davis refuses constantly to help me and or by assisting me as a Tramatized Transgendered-bisexual mental Health patient (Inmate) who has uncontrollable, unremembered, very violent blackouts and assaults against cell-mates (cellies) to be placed on a permanent single cell Restriction while in the Texas Department of Criminal Justice Institutions because of my constant complaint of a Sexual Assault while in prison that causes me to be tramatized as well the self-Defense murder charge of a well known childmolester that was very violent living in my Dallas Housing Authorities Apartments that caused me to come to prison.

N. Davis does not assist me with the serious medical issues with a provider Marcia ODAL refusing to renew the dryskin medicated Lotion I have been recieving for the past 2 years as I have very bad, itchy and irritated dryskin. And a Doctor Ifeanyi Chukwuku prescribed it for me at the Coffields unit because of my bad skin. A Nurse Josie Smith G R.N. Helps provider Marcia ODAL deny so many inmates their Lotions and other medical treatment as they hate Transgendered and bisexual and gay inmates.

N. Davis does not enforce the Kitchen workers or Kitchen officers to feed us AD.SEG Transgendered, Bisexual and gay inmates the correct portions of food that we are suppose to have. All inmates in the 12 Building Section E will testify to that fact.

N. Davis ignores or refuses to allow me a special phone call upon I-60 Request to use the telephone to call my mother who is not healthy or well at this time because my father just past away to go be with (Jesus Christ) and she just had 2 Hip replacement surgeries and can not drive to come visit with me.

N. Davis ignores my request to have the medical department to stop taken my money from my Inmate Trust Fund account as I am a Chronic care patient who had only follow-up visits and N. Davis will not call the Coffields unit Medical Department to tell them that a medical Director named Bobby Burns is still allowing medical at there Coffields unit medical Department to keep withdrawing money from my account after he corrected it the first time.

2-17-19    Richard Louis Butler Jr.    Civil Action No.
           TDCJ No. 2123250            7:18-cv-161-0

-2-

Question No. 2: Answers and replies         Civil Action No. 7:18-cv-1616

TDCJ No: 2123230

During a U.C.C. Review N. Davis told me that my story should have been reported sooner and that she does not feel as if I need SAFe prison's program and that she is not going to recommend that I have that protection because there is to many inmates trying to get in it. N. Davis heard Warden E. Holmes ridicule me for being a Transgendered-bisexual mental health inmate and just smiled, when E. Holmes talked about wearing dresses. E. Holmes said that to me at my U.C.C. Review and he turned his audio tape recorder off but captain Reitsma heard him say that. I will hold a King James version Bible to the Honorable United States District Courts office of the Clerk Northern District of Texas Court before the Honorable United States District Judge Reed O'Connor and raise my right hand to the fact at any day or time.

N. Davis ignores me about my complaints of the mailroom refusing to allow me to have spiritual Christian prayer cloths as it is not illegal to have as an inmate. And a Christian church member mailed it to me.

N. Davis refuses to enforce or urge the maintenance department to turn the air conditioner and vents off. As it is so cold in the 12 Building E section cells that you can see your own breath.

I am always denied communication with N. Davis and never allowed to be able to talk to him about my permanent single cell Restriction while in Texas Department of Criminal Justice Institutions for my mental Health tramatizations, fear, sexual Assault experience, sexual Transgendered bisexual preferences as well as self-Defense murder charge.

N. Davis ignores or refuses assistance with enforcing and or urging Chaplain Lawlor and Chaplain Redwine to come and pray with me or allow me to go to church as I am a Christian man who believes in Christ Jesus whole heartedly. And I'm trying to live a life where I am practicing to be free of sin and immoralities. And by not being able to go to church or speak with a Chaplain here in AG. SEG discourages me very much so.

**QUESTION NO. 3:** State all <u>facts</u> known to you that you rely on to establish that **Captain Reitsma** violated your federal constitutional or statutory rights. Be specific in identifying all conduct on the part of this Defendant that you claim demonstrates such a violation.

**ANSWER:** Captain Reitsma refuses constantly to help me and or by assisting me as a Tramatized Transgendered-bisexual mental Health patient (Inmate) who has uncontrollable, unremembered, very violent black-outs and assaults against cell-mates (cellies) to be placed on a permanent single cell Restriction while in the Texas Department of Criminal Justice Institutions because of my constant complaint of a Sexual Assault while in prison that causes me to be tramatized as well the self-Defense murder charge of a well known child molester that was very violent Living in my Dallas Housing Authorities Apartments that caused me to come to prison.

Captain Reitsma does not assist me with the Serious medical issues with a provider Marcia ODAL refusing to renew the dryskin medicated Lotion I have been recieving for the past 2 years as I have very bad, itchy and irritated dryskin. And a Doctor Ifeanyi Chukwuku prescribed it for me at the Coffields unit because of my bad skin. A Nurse Josie Smith GR.N. Helps provider Marcia ODAL deny so many inmates their Lotions and other medical treatment as they hate Transgendered and bisexual and gay inmates.

Captain Reitsma does not enforce the Kitchen workers or Kitchen officers to feed us AD. SEG Transgendered, Bisexual and gay inmates the correct portions of food that we are suppose to have. All inmates in the 12 Building Section E will testify to that fact.

Captain Reitsma ignores or refuse to allow me a special phone call upon I-60 Request to use the telephone to call my mother who is not healthy or well at this time because my Father Just past away to go be with (Jesus Christ) and she Just had 2 Hip replacement Surgeries and can not drive to come visit with me.

Captain Reitsma ignores my request to have the medical department to stop taken my money from my Inmate Trust Fund account as I am a Chronic care patient who had only Follow-up visits and Captain Reitsma will not call the Coffields unit medical Department to tell them that a Medical Director named Bobby Burns is still allowing medical at there Coffields unit medical Department to keep withdrawing money from my account after he corrected it the First time.

2-18-19

Richard Louis Butler Jr.
TDCJ No. 2123250

Civil Action No:
7:18-cv-161-0

-3-

Question No. 2: Answers and Replies                                                                Civil Action No.
                                    @inmate Butler GJC                                             7:18-cv-161-0
                                    TDCJ No. 2123250

Captain Reitsma ignores me about my complaints of the Mailroom refusing to allow me to have spiritual Christian prayer cloths as it is not illegal to have as an inmate. And a Christian Church member mailed it to me.

Captain Reitsma refuses to enforce or urge the maintenance department to turn the air conditioner and vents off. As it is so cold in the 12 Building E section cells that you can see your own breath.

I am always denied communication with Captain Reitsma and never allowed to be able to talk to him about my permanent single cell restriction while in Texas Department of Criminal Justice Institutions for my Mental Health tramatizations, Fear, sexual Assault experience, Sexual Transgendered-bisexual preferences as well as self-Defense murder charge.

Captain Reitsma ignores or refuses assistance with enforcing and or urging Chaplain Lawlor and Chaplain Redwine to come and pray with me or allow me to go to church as I am a Christian man who believes in Christ Jesus whole Heartedly. And I'm trying to live a Life where I am practicing to be free of Sin and immoralities. And by not being able to go to church or speak with a Chaplain here in AG.SEG discourages me very much so.

**QUESTION NO. 4:** State all <u>facts</u> known to you that you rely on to establish that **Mrs. Kline** violated your federal constitutional or statutory rights. Be specific in identifying all conduct on the part of this Defendant that you claim demonstrates such a violation.

**ANSWER:** Mrs. Kline ignores me and my request for assistance and refuses to help me with obtaining a permanent single cell Restriction while in the Texas Department of corrections prisons. I saw Mrs. Kline in the hallway on 2-5-19 when I was at medical and begged her to allow me to talk to her for a second and she refused for the second time this week and said, write a sick call Request and I constantly do it and she never answers it.

Mrs. Kline does not answer my sick call Request to talk with her and or my I-60s, she also does not send the sick call Request back to me with a response when I ask her in the I-60s why are you not answering my sick call Request. My blood pressure remains elevated because of all my mental distress from the mistreatment of Mrs. Kline not putting in a referral to Joni White in Huntsville, TX for the Skyview unit in Rusk, TX where they have around the clock mental Health treatment and single cell Restriction accommodations for housing and its in Rusk, TX closer to my mother where she would be able to visit me because of not being able to drive which is the situation for us now.

Mrs. Kline as my mental Health case worker will not contact the Coffields Unit medical Department to tell them of my complaints of Bobby Burns the medical Director is still allowing medical to take money from my Trust Fund account as I am Chronic care and not suppose to be charged. I am unable to buy from commissary food, medicine, vitamins, stamps, Envelopes, paper and other Legal materials I need to be successful.

Mrs. Kline refuses or ignores my request to complain to a doctor Doty and to the mental Health director Mr. Paul Brooks. I have been trying to respectfully complain to Dr. Doty and Paul Brooks about a permanent single cell Restriction while in the Texas Department of corrections prisons.

2-19-19     Richard L. Butler Jr.     Civil Action No.:
            TDCJ No. 2123250          7:18-cv-161-O

-4-

Thank you and God Bless you!

## VERIFICATION

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | **Civil Action No. 7:18-cv-161-O** |
| **COUNTY OF** _____ | § | |

    I understand that a false statement or answer to any question in this cause of action will subject me to penalties for perjury. I hereby verify, (certify, declare or state), under penalty of perjury, that the foregoing answers are true and correct. (28 U.S.C. § 1746).

    SIGNED on this ___17___ day of ___February___, 2019.

 

_____
Richard Louis Butler, Jr., Plaintiff

-5-

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### CORRECTIONAL INSTITUTIONS DIVISION



12E-67B

### DIRECTOR'S REVIEW COMMITTEE
### DECISION FORM

Offender: Butler, Richard #2123250     TDCJ-ID#: 2123250

Unit: JA 069     Date: 01/24/19

The Director's Review Committee (DRC) has rendered a decision regarding your appeal of the Unit rejection of 3 small prayer cloths received in contradiction with BP-03.91, Uniform Offender Correspondence Rules.

The return address indicates that the rejected item(s) was/were mailed to you from:

    Aquilla Nash
    Po Box 6500
    Longview, TX. 75608

It is the decision of the DRC to **uphold** the Unit rejection of the above mentioned item(s). You will have 60 days from the above date to make disposition of the denied item unless security mandates there be no disposition.

DRC/SR

copy:    Unit Mailroom
          Aquilla Nash
          file

# Metrocare Services

## Patient Diagnosis

**Name:** Richard Louis Butler

**ID:** 40167689, 001

### Axis I

| # | Type | Code | Description | Severity | R/O Specifier | BillableVersion | |
|---|------|------|-------------|----------|---------------|-----------------|---|
| 1 | Primary | 296.89 | Bipolar II Disorder | | ☐ | ☑ | DSMIV |
| 2 | Additional | 305.20 | Cannabis Abuse | | ☐ | ☑ | DSMIV |

### Axis II

| # | Type | Code | Description | Severity | R/O Specifier | BillableVersion | |
|---|------|------|-------------|----------|---------------|-----------------|---|
| 1 | Additional | 799.9 | Diagnosis or Condition Deferred on Axis II | | ☐ | ☑ | DSMIV |

### Axis III

| # | Type | Code | Description | Severity | R/O Specifier | BillableVersion | |
|---|------|------|-------------|----------|---------------|-----------------|---|
| 1 | Additional | 294 | PERSISTENT MENTAL DISORDERS DUE TO CONDITIOS CLASSIFIED ELSEWHERE | | ☐ | ☑ | ICD9 |
| 2 | Additional | 278.00 | OBESITY, UNSPECIFIED | | ☐ | ☑ | ICD9 |

### Axis IV

| # | Category | Description | Specifier |
|---|----------|-------------|-----------|
| 1 | Housing problems | e.g., homelessness; inadequate housing; unsafe neighborhood; discord with neighbors or landlord | |

### Axis V

| # | Score | Type | Description |
|---|-------|------|-------------|
| 1 | 48 | On Admission | Serious symptoms (e.g. suicidal ideation, severe obsessional rituals, frequent shoplifting) OR any serious impairment in social, occupational, or school functioning (e.g. no friends, unable to keep a job). |

Electronically signed by Maria Mosomi, Advanced Practice Nurse, 05/21/2015 07:48:57

Richard L. Butler Jr No. 2123250
TDCJ Allred Unit
2101 FM 369 N.
Iowa Park, TX 76367-6568

Legal Mail

United States District Court
Office of The Clerk
Northern District of Texas
1000 Lamar ST., Room 203
Wichita Falls, TX 76301-343

NORTH TEXAS TX PNDC
DALLAS TX 750
25 FEB 2019 PM 5 L

RECEIVED
FEB 27 2019

76301-343153