IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION



RICHARD LOUIS. BUTLER, JR., §
TDCJ No. 2123250, §
§
Plaintiff, §
§
v. §   Civil Action No. 7:18-cv-161-O
§
E. HOLMES, et al., §
§
Defendants. §

### PLAINTIFF'S ANSWERS TO THE COURT'S SUPPLEMENTAL QUESTIONNAIRE

**QUESTION NO. 1:** State each date on which you claim to have been sexually assaulted by other inmates at the James V. Allred Unit. For each date, state whether you reported the sexual assault to prison officials and describe what action, if any, was taken by prison officials.

**ANSWER:** Dear United States District court For The Northern District of Texas Wichita Falls Division I Richard Louis Butler Jr. am respectfully Informing the Honorable courts about the Fact of my Sexual Assault From an Inmate occurring while In prison happened at my prior unit which Is the **Coffield Unit**. It was reported and to a SGT. Brown, But he Ignored my cry For help. Then soon after that I was wrongfully shipped (transferred) because I Feel In my Heart was because of my complaints and How other Inmates where Laughing and spreading the news about the situation. Once I came here to the James V. Allred Unit I was Interviewed by a woman with the safe prisons/PREA program and I cried to her about please allow me to have a permanent single cell Restriction allowing me to Not Fear another Inmate as a Transgendered, bisexual male who suffers From mental Health conditions that cause me to have uncontrollable, unremembered very violent black-outs (out-breaks) against cell-mates (cellies). This unit has Ignored me and mistreated me because of my sexual preference and allowing me to be beaten and attacked by cell-mates (cellies) and Forcing me to sign a resolution Form which I had to sign months ago. And I was Just attacked again In cell 8J-32-B and was moved to the cell that I am In now 8J-3-B.

**QUESTION NO. 2:** State all reasons given to you by prison officials for refusing to allow you to attend Christian religious services.

**ANSWER:** Honorable courts and Judge Reed O'connor I have been told that the reason that I have been refused church is because I have transgendered ways and I wrote the Assistant Wardens office and I could never get the answer I could be greatful for and when I talk to a Major Murddock who said even though I was wrongfully placed on G5 custody Level because a nurse Ms. Amanda Wallace called me a nigger and refused to give me my psych medication VENLAFAXINE ER 75 MG capsule, so I said some mean things that I should not have said in return. So I now I just pray and a talk about the Bible with a minister David who I respect a great deal, comes to my door now every once in a while and prays with me. please Help me?



Thank you and God Bless you!

merry Christmas and a Happy New year!

**QUESTION NO. 3:** Are you allowed to have any Christian religious materials in your cell?

**ANSWER:** Yes, your Honorable courts I am allowed to have Christian religious materials in my cell but officers keep throwing my Christian materials away and saying they lost it.

If your answer to Question No. 3 is "Yes," identify each religious item that you are allowed to have in your cell.

**ANSWER:** I am allowed to have religious items, But they are refusing to allow me to keep it in my cell. I was also sent a prayer cloth from a church friend and my mother and the mail Room refused to allow me to have it. And I was forced to sign a form to explain where I wanted it to go sence I was not allowed to keep it. Other inmates have them but because of my Transgender, Bisexual Lifestyle I have been taken advantage of. I wish I could leave this particular Facility because Assistant warben E. Holmes is in charge of the location that I am in and He allows me to be mistreated. Even with the medical Department. I am allowed to have a Holy Bible and a study Bible King James Version but anything else, This units officers keep throwing my other Christian Homework and pen pals and letters in the trash. I also get to keep my beloved Believer's voice of victory magazines by my favorite preacher Kenneth Copeland ministries.

-3-

**QUESTION NO. 4:** Do you claim that the meals provided to you at the Allred Unit are nutritionally inadequate? (yes)

**ANSWER:** Your Honor I claim everyday with all understanding of the question that the meals provided to me are nutritionally inadequate and I wish there could be an investigation to show the Honorable courts and Judge how this problem is nothing short of torture and cruel and unusual punishment. I have lost 15 pounds where I am located.

If your answer to Question No. 4 is "Yes," state all facts known to you that you rely on to establish that the meals are nutritionally inadequate.

**ANSWER:** Judge Honorable Reed O'connor the facts known to me to establish that the meals here at 8 buildings J-pod are Nutritionally Inadequate are because it is never the full amount, never the amount that is suppose to be given. There are not any proteins for the amount this is supposed to be provided. Never the 2000 calories of Nutritional Foods that are supposed to be provided for me. A Kitchen worker the other day told me that he felt sorry for me being here on 8 buildings G5 custody because he see me starving half the death. There are not enough vitamins for a grown man like myself when the Government provides the funding for me to be able to at least recieve Nutritional meals. each day having to stay in a cold cell 22 hours a day. The Kitchen officers are taken Food that we Inmates (myself) is supposed to be able to eat and the Kitchen officers are taken it Home with them. All Kitchen workers know that this is true. and they are allowing Inmates to steal all the Food as well. I have lost 15 pounds.

-4-

## VERIFICATION

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | **Civil Action No. 7:18-cv-161-O** |
| **COUNTY OF** Wichita | § | |

    I understand that a false statement or answer to any question in this cause of action will subject me to penalties for perjury. I hereby verify, (certify, declare or state), under penalty of perjury, that the foregoing answers are true and correct. (28 U.S.C. § 1746).

    SIGNED on this  19  day of  December , 2019.


*Richard L Butler Jr* 
Richard Louis Butler, Jr., Plaintiff

Richard L. Butler Jr. No. 2123250
TDCJ Allred Unit
2101 FM 369 N.
Iowa park, TX 76367

Legal mail

NORTH TEXAS TX P&DC
DALLAS TX 750
19 DEC 2019 AM 11 L

United States District Court
Office of the Clerk
Northern District of Texas
1000 LAMAR ST., Room 203
Wichita Falls, TX 76301-3431

RECEIVED
DEC 23 2019

76301-343153