CAUSE No. 7:18-CV-00161-O

RICHARD Louis Butler, Jr.,
TDCJ No. 2123250
Plaintiff

V.

JAMES V. Allred Unit
Defendant

U.S. District Court
Northern District of Texas
(Wichita Falls)



## Motion For Reconsideration and Review

Comes Now Richard Louis Butler Jr. Plaintiff in the above styled cause and files this motion because Butler suffers from mental health disabilities such as bipolar, major depression, severe explosive disorders and paranoia schizophrenia. Before coming to prison Butler attended the Dallas metro cares mental health facility phone number 214) 330-0036 and the Andrews center mental health clinic phone number 903) 569-5409. Butler has followed the TDCJ's proper step 1 and step 2 Grievance procedures as well as contacted the Security Department, Mental Health's Department and Medicals Department. Butler's family called the Senior Warden Jimmy Smith here at the Allreds Unit. Butler has been assaulted over 10 times and sexually assaulted as well which is recorded in his files and his disciplinary files while in prison. Butler does not feel safe with a cellie and Butler is not able to sleep because of fear pertaining to what could happen to him because of his mental illnesses. Butler suffers from Traumatization problems, because of a self-defense murder case and a sexual assault while in prison.

Butler's Last cellie (cell-mate) Johnny Lee Davis who has hepatitis was placed in the cell with Butler which was against policy and procedures as well as illegal. Johnny Davis was told by Sergeant Payton Rodriguez to come in my cell to kill me. Where as the cellie Butler had before Davis who was Bobby Wayne Pack around 1-30-21 was about 6'5 and 250 pounds were as Butler is only 5'4 and 130 pounds. That was terribly against procedures which was illegal. And Butler was told by both inmates (cellies) that they were placed in the cell with him to kill him by Assistant Warden Michael Feazell. But now Butler has the corona virus because a Ms. Angela Davis who is over the Classifications Department here at the Allred Unit placed inmates in Butlers cell attentionally for Butler to catch the virus. Were as back in June 9th of 2020, I tested negative for the corona virus and on January 3rd of 2021, I tested positive. Ms. Angela Davis is placing inmates with the corona virus with inmates who do not have it. And Ms. Davis is mentioned in my civil Action No. 7:18-cv-161-O.

Submitted this THE 21 day of June 2021

*Richard L Butler II*

Richard L. Butler, JR., # 2123250
Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367
Plaintiff

```
8/09/18                       ANDREWS CENTER                         NPBINGHAM
13:45:28                    Document Client Inquiry                  DSM2002D
                              Current Diagnosis

Client #: 0000132180 - BUTLER, RICHARD LOUIS,JR.

    Decision Date:  7/07/2011     Reason for Action: 2
 Next Review Date:  7/06/2012          Primary Axis: 1

                    Diag Level: 004 - DSM IV
Axis Level ICD9      ICD10        Description
  I    1    29624  -  F323        MAJOR DEPR,1 EPIS,SEVR W/PSYCH
  I    2    31234  -  F6381       INTERMITENT EXPLOSIVE DISORDER
  I    3    30430  -  F1220       CANNABIS DEPENDENCE
  II   1    7999   -  R69         DIAG DEFFERRED ON AXIS
  III  1    7999   -  R69         DIAG DEFFERRED ON AXIS
  IV   1    A      -              Primary Support
  IV   2    D      -              Occupation
  IV   3    F      -              Economic                                    +
_____
F5 Demo    F7 Asgnmnt   F8 A/R    F11 Fee Assess   F12 PrvScr    F13 Ins
F14 Msg    F15 EAP     F24 More Keys                             ENTER to Continue
```

## Metrocare Services

### Patient Diagnosis

Name: Richard Louis Butler

ID: 40167689, 001

### Axis I

| # | Type | Code | Description | Severity | R/O Specifier | | Billable Version |
|---|---|---|---|---|---|---|---|
| 1 | Primary | 296.89 | Bipolar II Disorder | | ☐ | ☑ | DSMIV |
| 2 | Additional | 305.20 | Cannabis Abuse | | ☐ | ☑ | DSMIV |

### Axis II

| # | Type | Code | Description | Severity | R/O Specifier | | Billable Version |
|---|---|---|---|---|---|---|---|
| 1 | Additional | 799.9 | Diagnosis or Condition Deferred on Axis II | | ☐ | ☑ | DSMIV |

### Axis III

| # | Type | Code | Description | Severity | R/O Specifier | | Billable Version |
|---|---|---|---|---|---|---|---|
| 1 | Additional | 294 | PERSISTENT MENTAL DISORDERS DUE TO CONDITIOS CLASSIFIED ELSEWHERE | | ☐ | ☑ | ICD9 |
| 2 | Additional | 278.00 | OBESITY, UNSPECIFIED | | ☐ | ☑ | ICD9 |

### Axis IV

| # | Category | Description | Specifier |
|---|---|---|---|
| 1 | Housing problems | e.g., homelessness; inadequate housing; unsafe neighborhood; discord with neighbors or landlord | |

### Axis V

| # | Score | Type | Description |
|---|---|---|---|
| 1 | 48 | On Admission | Serious symptoms (e.g. suicidal ideation, severe obsessional rituals, frequent shoplifting) OR any serious impairment in social, occupational, or school functioning (e.g. no friends, unable to keep a job). |

Electronically signed by Maria Mosomi, Advanced Practice Nurse, 05/21/2015 07:48:57



# Texas Department of Criminal Justice

_____ Lorie Davis

Correctional Institutions Division, Director

DATE: 06/09/2020

TO: BUTLER, RICHARD LOUIS JR  
TDCJ #: 02123250

UNIT: ALLRED  
HOUSING: 8K32 57 B

The result of your COVID-19 testing was negative.

Thank you for your participation in our fight against COVID 19. Please remain committed to protocols in place to enhance your safety.

Stay Safe,

Lorie Davis  
CID Director

Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.

P.O. Box 99  
Huntsville, Texas 77342  
- www.tdcj.texas.gov

05/15/20 (rev.1)



# Texas Department of Criminal Justice

**Bryan Collier**
**Executive Director**

DATE GENERATED: 01/03/2021       RESULT DATE: 01/02/2021       KIT ID: 783779693009

TO:    BUTLER,RICHARD LOUIS JR        UNIT:     ALLRED
       TDCJ #: 02123250                HOUSING:  7H12 14 B    4/T

The result of your COVID-19 testing was positive. You will be placed in Medical Isolation and monitored for 14 days.

If you develop any of the symptoms below, please notify the health care staff who are making rounds in medical isolation areas.

- Fever
- Cough
- Shortness of breath or difficulty breathing
- Chills
- Repeated shaking with chills
- Muscle pain
- Headache
- Sore throat
- New loss of taste or smell

Should you have any additional questions or concerns, please notify security and/or health services personnel.

Thank you for your participation in the fight against COVID-19. Please remain committed to protocols in place to enhance your safety. We are committed to resuming normal operations as soon as it is safe to do so.

Best Regards,

Bobby Lumpkin
CID Division Director

Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.

Correctional Institutions Division
P.O. Box 99
Huntsville, Texas 77342

Richard L. Butler Jr. No. 2123260
TDCJ Allred Unit
2101 FM 369 North
Iowa park, Texas 76367

Legal mail

NORTH TEXAS TX P&DC
DALLAS TX 750
23 JUN 2021 PM 4 L

Office of
Clerk of the U.S. District Court
501 W. Tenth St., Rm. 310
Fort Worth, Texas 76102

76102-975999